No. 95–1046. JENKINS, TRUSTEE OF GREEN RIVER REALTY TRUST *v.* MEETINGHOUSE COOPERATIVE BANK. App. Ct. Mass. Certiorari denied.

No. 95–1070. CRUMPTON *v.* WEST, SECRETARY OF THE ARMY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–1073. ILLINOIS *v.* COATS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 95–1078. CONNETT *v.* JUSTUS ENTERPRISES OF KANSAS, INC., AKA JUSTUS CYLINDER-TECHNOLOGY, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1090. FLORIDA *v.* RIVERS ET AL. Sup. Ct. Fla. Certiorari denied.

No. 95–1092. DOUGLASS *v.* DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir. Certiorari denied.

No. 95–1095. FOODSCIENCE CORP. ET AL. *v.* HERSCHLER. C. A. Fed. Cir. Certiorari denied.

No. 95–1107. BEASLEY *v.* COMMONWEALTH EDISON CO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–1120. BOLT *v.* SINGLETON ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1149. BRAKE *v.* DISTRICT COURT OF APPEAL OF FLORIDA, THIRD DISTRICT. Sup. Ct. Fla. Certiorari denied.

No. 95–1171. DeSOUZA *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–1198. McNEEL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE; and NIGHTENGALE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–1208. HENRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.